No. 163. E. A. WIMBISH, SUPERINTENDENT, ETC., APPELLANT, *v.* HENRY JAMISON. Appeal from the District Court of the United States for the Southern District of Georgia. Argued October 12, 1905. Decided October 16, 1905. *Per Curiam.* Final order reversed with costs, and cause remanded with a direction to quash the writ and dismiss the petition. *Minnesota* v. *Brundage,* 180 U. S. 499; *Davis* v. *Burke,* 179 U. S. 399; *New York* v. *Eno,* 155 U. S. 89; *Pepke*

v. *Cronan*, 155 U. S. 100. *Mr. Minter Wimberly* for appellant. *Mr. Alexander Åkerman* for appellee.